# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Keith Henderson,

Civ. No. 18-2828 (MJD/BRT)

Petitioner,

v.

**Order**

Eddie Miles, Warden, MCF-Stillwater,

Respondent.

Zachary A. Longsdorf, Esq., Longdsorf Law Firm, PLC, counsel for Petitioner.

Brittany D. Lawonn, Esq., Assistant County Attorney, Hennepin County Attorney's Office, counsel for Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 17, 2019. Petitioner has objected to the conclusions and recommendations in the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Respondent's Motion to Dismiss (Doc. No. 11) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

3. Petitioner's request for a certificate of appealability is **DENIED**; and

4. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 28, 2019

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court